### Ex parte Robert Julian ALCOX.

### No. 31521.

Court of Criminal Appeals of Texas.

Feb. 17, 1960.

No attorney for appellant of record on appeal.

Dan Walton, Dist. Atty., Samuel H. Robertson, Jr., Asst. Dist. Attys., Houston, and Leon B. Douglas, State's Atty., Austin, for the State.

DAVIDSON, Judge.

This is an appeal from the order refusing to discharge appellant from custody under a writ of habeas corpus.

The judgment shows that evidence was heard. That evidence has not been brought before us.

There are no bills of exception.

Nothing is before us for review.

The judgment is affirmed.